*State, Petitioner, v. Whitlock, Respondent. State, Petitioner, v. Johnson, Respondent*, No. 93685-4. Petition for review of decisions of the Court of Appeals, Nos. 33073-7-III and 33074-5-III, September 1, 2016, 195 Wn. App. 745. *Granted* January 4, 2017.

*State, Respondent, v. Valdez, Petitioner*, No. 93182-8. Petition for review of a decision of the Court of Appeals, No. 33198-9-III, May 3, 2016, 193 Wn. App. 1046. *Denied* January 4, 2017.

*Fox et al., Petitioners, v. Skagit County et al., Respondents*, No. 93203-4. Petition for review of a decision of the Court of Appeals, No. 73315-0-I, April 11, 2016, 193 Wn. App. 254. *Denied* January 4, 2017.

*State, Respondent, v. Shelton, Petitioner*, No. 93392-8. Petition for review of a decision of the Court of Appeals, No. 72848-2-I, June 20, 2016, 194 Wn. App. 660. *Denied* January 4, 2017.

*RockRock Grp., LLC, et al., Petitioners, v. Value Logic, LLC, et al., Respondents*, No. 93469-0. Petition for review of a decision of the Court of Appeals, No. 32568-7-III, July 7, 2016, 194 Wn. App. 904. *Denied* January 4, 2017.

*Westerdal et al., Petitioners, v. Name Intelligence, Inc., et al., Respondents*, No. 93530-1. Petition for review of a decision of the Court of Appeals, Nos. 73434-2-I and 73536-5-I, July 25, 2016, 195 Wn. App. 170. *Denied* January 4, 2017.

*Lunschen, Petitioner, v. Dep't of Labor & Indus., Respondent*, No. 93544-1. Petition for review of a decision of the Court of Appeals, No. 47483-2-II, August 2, 2016, 195 Wn. App. 1029. *Denied* January 4, 2017.